UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Herbert R. Spigner,

      Plaintiff,

v.                                                                                          Civil No. 14-3453 (JNE/JJK)
                                                                                        ORDER

City of Plymouth, Minnesota; Jeffrey
Swiatkiewicz, Captain, Plymouth Police
Department; and Roger Knutson, Esq., City
Attorney for Plymouth, MN,

      Defendants.

In a Report and Recommendation dated October 27, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs be denied and that this action be dismissed with prejudice. By letter addressed to the magistrate judge, Plaintiff responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Docket No. 2] is DENIED.

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 25, 2014

                                                                    s/Joan N. Ericksen
                                                                    JOAN N. ERICKSEN
                                                                    United States District Judge